# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ESCOBAR,<br><br>　　　　　　　Petitioner,<br><br>　　　　v.<br><br>B.M. CASH, Warden,<br><br>　　　　　　　Respondent. | Case No. CV 11-0663 RGK (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: August 26, 2011

_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1